JAMES T. ANWYL, SBN 78715 e-mail: jtanwyl@anwylaw.com
LYNN A. GARCIA, SBN 131196 e-mail: lag@anwylaw.com
ANWYL, SCOFFIELD & STEPP, LLP
Post Office Box 269127
Sacramento, CA 95826-9127
Telephone: (916) 565-1800
Facsimile: (916) 565-2374

Attorneys for Defendants TUOLUMNE COUNTY SHERIFF'S DEPARTMENT, DEPUTY SHERIFF WAYNE THOMPSON, DEPUTY SHERIFF M. PERSHALL and DEPUTY SHERIFF PAUL TUALLA

FILED
NOV 13 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

KAREN KUMEROW,

　　　　Plaintiff,

v.

TUOLOMNE COUNTY SHERIFF DEPARTMENT, a public entity, DEPUTY SHERIFF WAYNE THOMPSON, DEPUTY SHERIFF M. PERSHALL, DEPUTY SHERIFF PAUL TUALLA, and DOES 1-100, jointly and severally,

　　　　Defendants.

Civil Action No. 1:09-cv-00008-LJO-DLB

**STIPULATION OF DISMISSAL, WITH PREJUDICE AND [PROPOSED] ORDER**

　　　　Pursuant to F.R.C.P., Rule 41, the parties hereby agree and stipulate to a Dismissal of this action, With Prejudice.

DATED: 11-4, 2009

David M. Helbraun
HELBRAUN LAW FIRM
**Attorney for Plaintiff, KAREN KUMEROW**

DATED: 10-21, 2009

JAMES T. ANWYL
ANWYL, SCOFFIELD & STEPP, LLP
**Attorneys for Defendants, TUOLUMNE COUNTY SHERIFF'S DEPARTMENT, DEPUTY SHERIFF WAYNE THOMPSON, DEPUTY SHERIFF M. PERSHALL and DEPUTY SHERIFF PAUL TUALLA**
IT IS SO ORDERED.

1

2

3  DATED: _Nov 13_, 2009

4

IT IS SO ORDERED — dismissal
c prejudice
09-cv-0008

_/s/ Lawrence J. O'Neill_
THE HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT COURT JUDGE